STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNA NGUYEN (CABN 335873)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Anna.Nguyen@usdoj.gov

Attorneys for United States of America

FILED

Apr 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VEANTE WILLIAMS.<br>Defendant. | **CASE NO.:**<br>**13-CR-00466-006 JSW**<br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE PRELIMINARY EXAM AND RESCHEDULE FOR A DETENTION HEARING ON APRIL 14, 2021 at 1:00 P.M. |

The above-entitled matter is currently scheduled for a preliminary exam on April 14, 2021 at 1:00 P.M., on a Petition for Warrant for Offender Under Supervision ("Petition") alleging that the defendant violated the terms of his supervised release. The defendant made his initial appearance on this Petition on April 6, 2021 and was remanded to custody pending the resolution of this Petition. The parties are discussing release conditions and dismissal of Charge One, and therefore, the defendant is no longer requesting for a preliminary exam.

The parties stipulate that the Court vacate the preliminary exam and reschedule for a detention hearing on April 14, 2021 at 1:00 P.M.

IT IS SO STIPULATED.

DATED: April 13, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
ANNA P. NGUYEN
Special Assistant United States Attorney

DATED: April 13, 2021

/s/
BRIAN BERSON
Counsel for Defendant

**[~~PROPOSED~~] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the defendant's preliminary exam and reschedule for a detention hearing on April 14, 2021.

IT IS SO ORDERED

DATED: April 13, 2021

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge