UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VEANTE WILLIAMS,<br><br>　　　　　Defendant. | Case No. 13-cr-00466-JSW-6<br><br>**ORDER TO GOVERNMENT SHOW CAUSE**<br><br>Re: Dkt. No. 922 |

On April 25, 2022, Defendant filed a motion for early termination of supervised release. Under this Court's Guidelines for criminal motion hearings, the Government's opposition was due on May 9, 2022. The Government did not file an opposition on that date. Accordingly, by no later than May 16, 2022, the Government shall show cause why the motion should not be granted as unopposed. If the Government seeks to file a belated opposition brief, it must make a request within the response to this Order that explains its failure to comply with this Court's deadlines and shall include a copy of the proposed opposition with its response. The Court extends the deadline for Defendant to file a reply until May 23, 2022, and the Court reserves the right to resolve the motion on the papers.

**IT IS SO ORDERED**.

Dated: May 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Cc: USPO Lisa Hage (by email)