UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VEANTE WILLIAMS,<br><br>    Defendant. | Case No. 13-cr-00466-JSW-6<br><br>**ORDER TO GOVERNMENT SHOW CAUSE WHY SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE SHOULD NOT BE GRANTED AS UNOPPOSED**<br><br>Re: Dkt. No. 922 |

On November 9, 2022, Defendant filed a second motion for early termination of supervised release. On November 14, 2022, the Court issued a briefing schedule, which set a deadline of November 30, 2022 for the Government to oppose. The Government did not file an opposition on that date. This is the second time the Government has failed to respond to one of Defendant's motions. By no later than December 8, 2022, the Government shall show cause why the motion should not be granted as unopposed. If the Government seeks to file a belated opposition brief, it must make a request within the response to this Order that explains its failure to comply with this Court's deadlines and shall include a copy of the proposed opposition with its response. The Court extends the deadline for Defendant to file a reply until December 15, 2022.

**IT IS SO ORDERED**.

Dated: December 1, 2022

_____
JEFFREY S. WHITE
United States District Judge

Cc: AUSA Thomas A. Colthurst, Chief Criminal Division; USPO Khaminh Huynh (by email)