UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VEANTE WILLIAMS,<br><br>Defendant. | Case No. 13-cr-00466-JSW-6<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. Nos. 942, 947 |

This matter comes before the Court upon consideration of Defendant's second motion for early termination of supervised release. The Probation Officer recommends granting the motion, and the Government has no opposition. The Court VACATES the hearing scheduled for January 3, 2023.

Defendant has completed more than one year of supervised release. Taking into consideration the Section 3553(a) factors and the lack of opposition, the Court concludes the interest of justice demonstrate the motion should be granted.

Accordingly, the Court TERMINATES Defendant's term of supervised release as of the date of this Order.

**IT IS SO ORDERED**.

Dated: December 6, 2022

_____
JEFFREY S. WHITE
United States District Judge

Cc: USPO Khaminh Huynh (by email)